No. 00–8194. Boles v. EMSA Correctional Care, Inc., et al. C. A. 8th Cir. Certiorari denied.

No. 00–8197. Hines v. Moore, Secretary, Florida Department of Corrections. C. A. 11th Cir. Certiorari denied.

No. 00–8199. Graves v. Jones, Warden. C. A. 11th Cir. Certiorari denied.

No. 00–8201. Gross v. Florida. Sup. Ct. Fla. Certiorari denied.

No. 00–8202. Irving v. Braxton, Warden. Sup. Ct. Va. Certiorari denied.

No. 00–8203. Floyd v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 00–8205. Dixon v. California. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–8207. Campbell v. Williams, Warden, et al. C. A. 10th Cir. Certiorari denied.

No. 00–8210. Davis v. Williams, Warden, et al. C. A. 10th Cir. Certiorari denied.

No. 00–8214. Johnson v. Stegall, Warden. C. A. 6th Cir. Certiorari denied.

No. 00–8215. Mathison v. Elo, Warden. C. A. 6th Cir. Certiorari denied.

No. 00–8218. Ali v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division, et al. C. A. 5th Cir. Certiorari denied.

No. 00–8219. Borrero Bejerano v. Gillis. C. A. 3d Cir. Certiorari denied.

No. 00–8234. Howard v. Dougan et al. C. A. 6th Cir. Certiorari denied.

No. 00–8241. Hall v. Williams, Warden, et al. C. A. 10th Cir. Certiorari denied.